SAO 91 (Rev. 10/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    CALIFORNIA

—oOo—

UNITED STATES OF AMERICA

v.

GERARDO BELTRAN.

**CRIMINAL COMPLAINT**

CASE NUMBER

2:05 - MJ - 0182  GGH


Approved AUSA Rodriguez 6/17/05

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 10, 1992 in Sacramento County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ move or travel in interstate or foreign commerce with intent to avoid prosecution

in violation of Title 18, United States Code, Section 1073. I further state that I am a(n) Special Agent, FBI, and that this complaint is based on the following facts:

▸ **See Attached Affidavit**

  X   Continued on the attached sheet and made a part hereof.

Signature of Complainant Michael Rayfield
Special Agent, FBI

Sworn to before me, and subscribed in my presence

June 17, 2005

Date

Gregory G. Hollows
U.S. Magistrate Judge

Name and Title of Judicial Officer

at    Sacramento, California

City and State

GREGORY G. HOLLOWS

Signature of Judicial Officer

**FILED**

JUN 17 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AFFIDAVIT

I, Michael Rayfield, state that I am a sworn Special Agent of the Federal Bureau of Investigation (FBI) and have been since June, 1988.

1. I am presently assigned to the Sacramento Office of the FBI. As part of my duties and responsibilities I investigate violations of federal law, including violent crimes and fugitives. I have been assigned to assist the Sacramento Police Department's (SPD) Career Criminal Apprehension Team (CCAT) since September 2002.

2. On May 26, 2005, Detective Joe Sledge, SPD and Deputy District Attorney(DDA)/ Sex Crimes Unit Lori Greene requested the assistance of the FBI in locating and apprehending GERARDO BELTRAN in a remote area of southern Mexico. I am aware that a Complaint, issued on February 10, 1992 and filed in the Sacramento Superior and Municipal Court, State of California, County of Sacramento, alleges that during 1991 BELTRAN, a Mexican National and Catholic priest formerly serving in Sacramento, used his position with the Church to gain the trust of families with young girls. During late 1991, the families each discovered multiple incidents of molest and reported Beltran to the Police.

3. Based on the Complaint, there is an arrest warrant issued for BELTRAN (#92F01346).

///

1

4. The molestations of four young girls, described as Lewd and Lascivious Conduct with a Child Under Fourteen Years of Age places BELTRAN in violation of California Penal Code 288(A), a felony.

5. As Beltran learned of the ongoing investigations, he reportedly fled to an undisclosed location in Mexico and thereafter Beltran has not been heard from. As there was no specific location information at the time, Sacramento authorities pursued Beltran no further.

6. According to DDA Greene separate investigative news reports in the states of Texas and California in March 2005 confirmed that Beltran is currently serving as a priest in a remote area of southern Mexico. DDA Green further advised those victimized by BELTRAN in 1991 are and remain willing to testify.

7. The Sacramento County District Attorney's Office will extradite BELTRAN from anywhere in the United States and Mexico.

8. Based on investigation to date and your affiant's experience with fugitive matters, it appears GERARDO BELTRAN fled the State of California to avoid arrest
///

1  and prosecution.  This purposeful flight places BELTRAN in
2  violation of Title 18 Section 1073; Unlawful Flight to Avoid
3  Prosecution.

_____
Michael Rayfield
Special Agent
Federal Bureau of Investigation

Read and Approved 6/17/05
As to form:
_____
Michelle Rodriguez
Assistant U.S. Attorney

Subscribed and sworn to before
me this 17th day of June, 2005.

_____
GREGORY G. HOLLOWS
Gregory G. Hollows
U.S. Magistrate Judge

3